```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**DANIEL LEE HALL, SR.,**

      Plaintiff,

v.                               Civil Action No. 2:15-cv-12543

**WARDEN DAVID BALLARD,**
Mount Olive Correctional Complex,
**C.O. JUSTIN CROOK,** and
**WEST VIRGINIA DIVISION OF CORRECTIONS, et al.,**

      Defendants.

## MEMORANDUM OPINION AND ORDER

This action was previously referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to the court of his Proposed Findings and Recommendation ("PF&R") for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

On July 11, 2018, Magistrate Judge Tinsley entered his PF&R recommending that the complaint be dismissed under 42 U.S.C. § 1997e(a) and W. Va. Code § 25-1A-2(c) for failure to properly exhaust the available administrative remedies, that the court find that any claims for declaratory and injunctive relief made in the complaint be denied and dismissed as moot, and that

the court also find that the defendants in their official capacities are immune from suit under the Eleventh Amendment to the United States Constitution.

Because neither party has filed objections, de novo review of the matter by this court has been waived.

It is, accordingly, ORDERED as follows:

1. That the findings in Magistrate Judge Tinsley's Proposed Findings and Recommendation be, and they hereby are, adopted and incorporated in full.

2. That the complaint be dismissed for above stated reasons.

3. That this action be dismissed and removed from the docket of the court.

The Clerk is directed to forward copies of this memorandum opinion and order to the parties and United States Magistrate Judge Dwane L. Tinsley.

DATED: August 2, 2018

John T. Copenhaver, Jr.
United States District Judge